IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE KATZ, M.D., P.C., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CAROLINA LIQUID CHEMISTRIES CORPORATION,<br><br>*Defendant*. | Case No. 1-21-cv-06969-AJN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

Dated: February 9, 2022

PLAINTIFF,

By: *[signature]*

Anthony I. Paronich (*Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


DEFENDANT,

By: *Walter C. Holton Jr.*
WALTER C. HOLTON, JR. (*Pro Hac Vice*)
HOLTON LAW FIRM, PLLC
857 W. Fifth Street
Winston-Salem, NC 27101
wholton@walterholton.com

Telephone:   336-777-3480
Facsimile:   336-722-3478

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

/s/ *Anthony I. Paronich*
Anthony I. Paronich